FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 14 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HECTOR A. JIMENEZ, | Case No. CV 14-03314 JFW (AN) |
| Petitioner, | |
| v. | ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |
| F. FOULK, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R"). Petitioner has failed to file objections, and as a result, he has waived any challenge to the Magistrate Judge's factual findings. *Robbins v. Carey*, 481 F.3d 1143, 1146-47 (9th Cir. 2007).

IT IS ORDERED that:

1. The Court accepts the findings and recommendation of the R&R.

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3. All pending motions are denied as moot and terminated.

///

///

1    IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this
2  Order and the Judgment on all counsel or parties of record.

5  Dated: January ___, 2015

                                                    JOHN F. WALTER
                                                  UNITED STATES DISTRICT JUDGE