JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HECTOR A. JIMENEZ,<br><br>        Petitioner,<br><br>    v.<br><br>F. FOULK, Warden,<br><br>        Respondent. | Case No. CV 14-03314 JFW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: January 12, 2015

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE